UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JENNIFER M. WEESE,

                        Plaintiff,

                                                                              ORDER
v.                                                                    18-CV-493

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

---

       Plaintiff has submitted a complaint, along with an affirmation of poverty, and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The affirmation of poverty has been reviewed in accordance with 28 U.S.C. § 1915(a)(1) and the complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

       Plaintiff has met the statutory requirements for *in forma pauperis* status, and therefore permission to proceed *in forma pauperis* is granted. The Clerk of the Court is directed to file plaintiff's papers without payment of fees. Service of papers, which may be done by certified mail, shall be performed by plaintiff's attorney

       SO ORDERED.

                                                                    /s/ Richard J. Arcara
                                                       HONORABLE RICHARD J. ARCARA
                                                       UNITED STATES DISTRICT COURT

Dated: May 3, 2018